SEDGWICK LLP
Karen Woodward (State Bar No. 205543)
Christopher P. Norton (State Bar No. 234621)
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
karen.woodward@sedgwicklaw.com
christopher.norton@sedgwicklaw.com
Telephone: (213) 426-6900
Facsimile: (213) 426-6921
Attorneys for Defendant
XANODYNE PHARMACEUTICALS, INC.

SHOOK, HARDY & BACON L.L.P.
Matthew J. Vanis (State Bar No. 210706)
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
mvanis@shb.com

KHORRAMI LLP
Elise R. Sanguinetti (State Bar No. 191389)
360 22nd St., Suite 640
Oakland, CA 94612
Tel: (866) 546-7266
esanguinetti@khorrami.com
Attorneys for Plaintiffs

DAVIS & CRUMP, P.C.
Trevor B. Rockstad (State Bar No. 277274)
1712 15th Street, Suite 300
Gulfport, MS  39501
Tel:  (228) 863-6000
Fax:  (228) 864-0907
trevor.rockstad@daviscrump.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TENESSIA POSEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | CASE NO. 3:12-CV-05939-RS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO STAY MOTION FOR JUDGMENT ON THE PLEADINGS PENDING OUTCOME OF MOTION TO REMAND |

1

2

3   This matter comes before the Court upon the Parties' Stipulated Request to Stay Proceedings Related to Defendant, Xanodyne Pharmaceuticals, Inc.'s Motion for Partial Judgment on the Pleadings pending resolution of Plaintiffs' Motion to Remand.  For good cause shown, the Court finds the Stipulated Request well taken and grants the request to stay these proceedings.

Accordingly, it is hereby **ORDERED** that all proceedings related to Defendant, Xanodyne Pharmaceuticals, Inc.'s Motion for Partial Judgment on the Pleadings are stayed pending the Court's decision on the Plaintiffs' Motion to Remand.  It is also **ORDERED** that the Defendants' response to the Plaintiffs' Motion to Remand is due on January 17, 2013 and plaintiffs' reply brief is now due on January 24, 2013.  The hearing on the Motion to Remand will remain set for January 31, 2013.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED:  January __3__, 2013

_____
The Honorable Richard Seeborg
United States District Judge

-2-
**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO STAY MOTION FOR JUDGMENT ON THE PLEADINGS PENDING OUTCOME OF MOTION TO REMAND**