United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TENESSIA POSEY, et al.,

          Plaintiffs,

     v.

MCKESSON CORPORATION, et al.,

          Defendants.

Case No.  12-cv-05939-RS

**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: 12-cv-05924-JST

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Keene v. McKesson Corporation*, 12-cv-5924-JST.

     **IT IS SO ORDERED.**

Dated:  July 9, 2015

_____

RICHARD SEEBORG
United States District Judge