UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENESSIA POSEY, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>  Defendants. | Case No. 12-cv-05939-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 60 |

The parties have filed a stipulation of dismissal dated October 12, 2015, agreeing to dismiss all claims between all plaintiffs except for Dorothy Cowen, and all defendants. ECF No. 60. Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between all plaintiffs except for Dorothy Cowen and all defendants have been dismissed with prejudice. Dorothy Cowen's claims remain pending. The Clerk is directed to terminate the remaining plaintiffs as parties in this case.

**IT IS SO ORDERED**.

Dated: October 13, 2015

_____
JON S. TIGAR
United States District Judge